**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLYS CASSAMAJOR,

Plaintiff,

v. Case No. 8:25-cv-102-TPB-CPT

PLANET FITNESS and JOHN
AND JANE DOE EMPLOYEES,

Defendants.
_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on July 30, 2026. (Doc. 25). Judge Tuite recommends that Plaintiff's second amended complaint (Doc. 22) be dismissed without prejudice, and that his motion to proceed *in forma pauperis* (Doc. 23) be denied without prejudice and with leave to amend. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir.

1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, the second amended complaint is dismissed without prejudice, with leave to amend. The motion to proceed *in forma pauperis* is denied without prejudice, with leave to file a new motion along with the third amended complaint.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The second amended complaint (Doc. 22) is **DISMISSED WITHOUT PREJUDICE** with leave to file a third and final amended complaint, on or before **October 1, 2026**, that adequately pleads one or more cognizable causes of action over which the Court has jurisdiction.

(3) Plaintiff's motion to proceed in forma pauperis (Doc. 23) is **DENIED WITHOUT PREJUDICE** with leave to file a new motion along with the third amended complaint.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of September, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE